# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SHINDA SIMPSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 2:23-cv-02415-SHL-atc |
| v. ) | |
| ) | |
| KEYCITY CAPITAL, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

The parties have agreed to resolve their differences and are entering into a settlement agreement and release. The parties therefore stipulate to this Stipulated Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

So Stipulated by Plaintiff Shinda Simpson: *[signature: Shinda Simpson]*

So Stipulated by Defendant KeyCity Capital LLC: *[signature]*
David Worley, Secretary

DATED: February 05, 2024

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ James R. Embrey, Jr.*
James R. Embrey, Jr., BPR # 019370
Kiel A. Kovalcik, BPR #036852
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Phone: (615) 772-9038
Facsimile: (615) 970-7490
jembrey@grsm.com
kkovalcik@grsm.com

28210944v1 31010.026.00

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 05, 2024, a true and correct copy of the foregoing document was filed and served via email to pro se Plaintiff Shinda Simpson, as follows:

1052 Mendenhall Cove
Memphis, TN 38122
shindasimpson@gmail.com
*Plaintiff, Pro se*

                                                     Signed: */s/ James R. Embrey, Jr.*
                                                     James R. Embrey, Jr.

28210944v1 31010.026.00